IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

V.   CRIMINAL NO. 4:98CR8BN

RUSSELL MEADOWS

## AGREED ORDER REDUCING SENTENCE

The Court considers this case pursuant to its authority under 18 U.S.C. § 3582(c)(2) and Federal Rule of Criminal Procedure 43(b)(4).  The U.S. Sentencing Commission has reduced guideline offense levels for cocaine base cases, and has made the reductions retroactive to previously-sentenced defendants.  The parties agree that a sentencing reduction is appropriate in this case.  The Court concurs, and hereby ORDERS as follows:

(1)   The sentence in this case is reduced from 211 to163 months;

(2)   All other terms and provisions of the original judgment remain in effect.

A copy of this agreed order shall be transmitted to the Bureau of Prisons immediately.

SO ORDERED on this the 21st day of April, 2008.

s/William H. Barbour, Jr.
UNITED STATES DISTRICT COURT JUDGE

AGREED:

*/s/ Sandra G. Moses*
ASSISTANT U.S. ATTORNEY

*/s/ George L. Lucas*
DEFENSE COUNSEL